United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| ANDREA L. SILAS, | Case No.: 14-CV-03261-LHK |
|---|---|
| Plaintiff, | **ORDER FOR PLAINTIFF TO FILE CONSENT/DECLINATION STATEMENT** |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

On December 2, 2014, Defendant filed a statement consenting to proceed in this action before a United States Magistrate Judge. ECF No. 8. Plaintiff never filed a consent or declination statement. Accordingly, the Court hereby ORDERS Plaintiff to file a statement indicating whether or not she consents to proceed in this action before a United States Magistrate Judge by February 6, 2015.

**IT IS SO ORDERED.**

Dated: February 3, 2015

*Lucy H. Koh*
_____
LUCY H. KOH
United States District Judge

1

Case No.: 14-CV-03261-LHK
ORDER FOR PLAINTIFF TO FILE CONSENT/DECLINATION STATEMENT