1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANDREA L. SILAS
    Plaintiff,

vs.

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,
    Defendant.

Case Number: 14-CV-03261-LHK

JOINT CASE MANAGEMENT
STATEMENT & [PROPOSED] ORDER

The parties to the above-entitled action jointly submit this JOINT CASE

MANAGEMENT STATEMENT & PROPOSED ORDER pursuant to the Standing Order for All

Judges of the Northern District of California dated July 1, 2011 and Civil Local Rule 16-9.

1. Jurisdiction & Service

Plaintiff seeks review of a decision by the Secretary of Health and Human Services denying plaintiff Social Security disability benefits pursuant to 42 U.S.C. Section 405(g)

2. Facts

Plaintiff filed for Social Security disability benefits and has exhausted all administrative remedies within the Social Security Administration

3. Legal Issues

Whether the decision by the Administrative Law Judge contained errors of law and/or was not supported by substantial evidence.

Page 1 of 4

*Form updated August 2014*

## 4. Motions

Plaintiff filed an application to Proceed in Forma Pauperis which was granted by Judge Lucy Koh November 18, 2014. Defendant intends to file and answer with a certified copy of the transcript of the administrative record within 90 days of receipt of service of summons and complaint. Plaintiff intends to file a motion for summary judgment or for remand within 28 day of service of Defendant's answer. Defendant intends to file any opposition or counter motion within 28 days of service of Plaintiff's motion. Plaintiff may file a reply within 14 days of Defendant's opposition or counter-motion.

## 5. Amendment of Pleadings

None.

## 6. Evidence Preservation

Not applicable.

## 7. Disclosures

None

## 8. Discovery

None

## 9. Class Actions

Not Applicable

## 10. Related Cases

None

## 11. Relief

Plaintiff seeks summary judgement granting remand for further administrative proceedings or reversal for payment of Social Security disability benefits

## 12. Settlement and ADR

Not applicable.

## 13. Consent to Magistrate Judge For All Purposes

All parties consent to have a magistrate judge conduct all further proceedings including trial and entry of judgment.
__x__ YES    _____ NO

*Form updated August 2014*

14. Other References
None

15. Narrowing of Issues
None.

16. Expedited Trial Procedure
Not Applicable

17. Scheduling
Both parties stipulate to the timeline for filing various pleadings as provided in Civil Local Rule 16-5- Procedure in Actions for Review on an Administrative Record.

18. Trial
Upon conclusion of the briefing schedule, this matter will be submitted for decision without oral argument.

19. Disclosure of Non-party Interested Entities or Persons
There are no Non-party Interested Entities or Persons.

20. Professional Conduct
All attorneys of record for the parties have reviewed the Guidelines for Professional Conduct for the Northern District of California.

21. Other

Dated: 2/18/2015

_____
Terry LaPorte, Counsel for Plaintiff

Dated: 2/18/2015          Ben Porter, authorized via email
                          _____
                          Ben Porter, Counsel for Defendant

Page **3** of **4**

1

2                                    CASE MANAGEMENT ORDER

3          The above JOINT CASE MANAGEMENT STATEMENT & PROPOSED ORDER is approved

4   as the Case Management Order for this case and all parties shall comply with its provisions. [In

5   addition, the Court makes the further orders stated below:]

6          The case management conference scheduled for February 25, 2015 is vacated.

7

8   IT IS SO ORDERED.

9   Dated:  February 19, 2015

10                                                    _____
                                                      UNITED STATES DISTRICT MAGISTRATE JUDGE

11

12



13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Form updated August 2014*